IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynnelle Levingston,<br><br>    Plaintiff,<br><br>v.<br><br>Tracfone Wireless Incorporated, et al.,<br><br>    Defendants. | No. CV-13-08265-PCT-NVW<br><br>**ORDER** |

Pursuant to the Stipulation of the parties (Doc. 18), and for good cause shown,

IT IS HEREBY ORDERED dismissing this case with prejudice and without costs to any party.

Dated this 21st day of August, 2014.

_____
Neil V. Wake
United States District Judge